# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CAMRON J. JACKSON,

     Defendant.

Case No. 14-CR-99-5-JPS

**ORDER**

On February 26, 2018, Defendant filed a letter-request with the Court. (Docket #359). Defendant asks that the Court allow him to "pay the felony assess of $200.00 and the transcript [preparation fee] later when I'm able to pay for it or when I get out of prison." *Id.* As to the first item, the special assessment is due and payable immediately as explained at the sentencing hearing and in the judgment. *See* (Docket #323 at 2-3 and Docket #329 at 5-6). This requirement will not be changed. As to the second item, the fee is charged by the court reporters, not the Court, to prepare the transcript as ordered. The Court will not waive that fee on their behalf in the absence of a demonstrated need for the transcript (such as a pending motion to vacate Defendant's sentence).[1] *See* 28 U.S.C. § 753(f); *United States v. Horvath*, 157 F.3d 131, 132-33 (2d Cir. 1998).

---

[1] The Court notes that Defendant has filed multiple letters in the preceding weeks seeking assistance with a potential motion to vacate his sentence. (Docket #357 and #358). The Court cannot offer any, however; it cannot act as any party's attorney and give them legal advice. If Defendant desires such assistance, he must obtain it privately.

Accordingly,

**IT IS ORDERED** that Defendant's request to delay payment of certain fees (Docket #359) be and the same is hereby **DENIED**.

Dated at Milwaukee, Wisconsin, this 1st day of March, 2018.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge